PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> VIDEL J. MEDINA, <br><br> Defendant. | Case No. 1:24-po-00014-SAB <br><br> [Citation #E1762379 and #E1762377, CA51] <br><br> STIPULATION TO REQUEST DEFENDANT BE PERMITTED TO FORFEIT COLLATERAL FOR CITATION #E1762379 IN LIEU OF APPEARANCE BEFORE THE COURT; DISMISSAL OF CITATION #E1762377 AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, and Defendant Videl J. Medina, by and through Heather Williams, Federal Defender, and Laura Myers, Assistant Federal Defender, that the status conference in the above-captioned matter set for April 18, 2024, at 10:00 a.m. be continued to July 26, 2024, at 10:00 a.m., that defendant be permitted to forfeit collateral for Citation #E1762379 in lieu of appearance, and that Citation #E1762377 be dismissed in the interest of justice.

The parties agree and stipulate that Citation #E1762379, CA51, can be resolved through a forfeiture of collateral for a violation of 38 C.F.R § 1.21(b)(16) – entering premises under the influence, consistent with the bail schedule, to wit: $200 plus the $30 processing fee.

///

The parties further agree and stipulate that Citation #E1762377, CA 51, be dismissed without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: April 15, 2024	Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By:	/s/ *Jeffrey A. Spivak*
JEFFREY A. SPIVAK
Assistant United States Attorney


DATED: April 15, 2024	Respectfully submitted,

HEATHER WILLIAMS
Federal Defender

By:	/s/ *Laura Myers*
LAURA MYERS
Assistant Federal Defender

**O R D E R**

IT IS HEREBY ORDERED:

THAT Citation #E1762379, CA51, for a violation of 38 C.F.R § 1.21(b)(16) against VIDEL J. MEDINA be converted to a bailable citation with collateral amount of $200 plus the $30 processing fee for a total amount of $230;

THAT Citation #E1762377, CA51, against VIDEL J. MEDINA, be dismissed, without prejudice, in the interest of justice; and

THAT the status conference set for April 18, 2024, at 10:00 a.m. be continued to July 26, 2024, at 10:00 a.m., and that defendant need not appear IF he forfeits the above set collateral for Citation E#1762379, CA51 before July 26, 2024.

IT IS SO ORDERED.

Dated:   **April 15, 2024**

UNITED STATES MAGISTRATE JUDGE